AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>24-2395MB | Date and time warrant executed:<br>10/04/2024 1525 hrs | Copy of warrant and inventory left with:<br>Verizon, TMobile, AT&T |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:
Verizon: No data return
TMobile: No data return
AT&T: No data return

☒ FILED    ☐ LODGED

**Dec 05 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  12/04/2024

_Executing officer's signature_

Rebekah Stanley, Special Agent
_Printed name and title_